SAUL NEWMARK, Respondent, v. DAVID A. HARRIS, Appellant, et al., Defendants.— The first three of the five partnership agreements referred to in the complaint contain provision for the submission of all disputes to arbitration; the last two agreements do not contain such arbitration provision. It would

seem that defendant Harris should be entitled to a complaint separately stating and numbering the causes of action based on violations under each of the separate partnership agreements between the parties. It is difficult and impractical, as a matter of pleading to assert a defense based on a right to arbitrate with respect to part of one cause of action. Order unanimously reversed and the motion to separately state and number granted, with $20 costs to the appellant. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.